IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02789-MSK-KLM

JOHN ULANOWSKI, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

GLOBAL CREDIT & COLLECTION CORP.,
GLOBAL CREDIT & COLLECTION INC.,
MARTIN SUGAR, in his individual capacity, and
DANIEL ELMALEM, in his individual capacity,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Notice of Settlement** [Docket No. 41; Filed February 18, 2011].  Plaintiff indicates that the parties have fully resolved the claims at issue.  Accordingly,

    IT IS HEREBY **ORDERED** that the parties shall file a stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) on or before **April 18, 2011**.

    IT IS FURTHER **ORDERED** that Plaintiff's Motion for Class Certification and Appointment of Counsel [Docket No. 13] is **DENIED as moot**.

    Dated:  February 18, 2011